UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES M. WHORTON,

    Plaintiff,

v.

COY, *et al.*,

    Defendants.

Case No. 24-10167
Honorable Jonathan J.C. Grey
Magistrate Judge Elizabeth A. Stafford

**ORDER DENYING
PLAINTIFF'S MOTION FOR DISCOVERY (ECF NO. 29)**

Plaintiff James M. Whorton, a prisoner proceeding pro se, brings this action under 42 U.S.C. § 1983, alleging that defendants, six corrections officers, used excessive force against him and sexually assaulted him in violation of the Eighth Amendment. ECF No. 1, PageID.5. The Honorable Jonathan J.C. Grey referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 17. Whorton now moves for defendants' production of certain discovery materials. ECF No. 29.

Whorton's motion must be denied because it does not appear that he made discovery requests before filing his motion, as required by the federal discovery rules. *See* Fed. R. Civ. P. 26-37, 45. Whorton "must comply with the federal rules of civil procedure and serve a request for production

of documents or other discovery requests on defendants before bringing a motion to compel." *Williams v. Caruso*, No. 08-10044, 2008 WL 4389831, at *1 (E.D. Mich. Sept. 25, 2008).  Nor did Whorton comply with the local rules requiring parties to include in discovery motions "a verbatim recitation of each interrogatory, request, answer, response, and objection which is the subject of the motion or a copy of the actual discovery document which is the subject of the motion."  E.D. Mich. LR 37.2.  Thus, Whorton's motion (ECF No. 29) is **DENIED.**

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: August 7, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 7, 2025.

                                                s/Davon Allen
                                                DAVON ALLEN
                                                Case Manager