UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMES M. WHORTON,<br><br>Plaintiff,<br><br>v.<br><br>COY, *et al.*,<br><br>Defendants. | Case No. 24-10167<br>Honorable Jonathan J.C. Grey<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER ABOUT DEADLINE FOR RESPONDING TO MOTION FOR SUMMARY JUDGMENT

Defendants moved for summary judgment on August 6, 2025. ECF No. 31. The Court ordered Plaintiff James M. Whorton to respond to the motion by September 3, 2025. ECF No. 33. Whorton then requested a copy of the dispositive motion and an extension to respond. ECF No. 34. The Court mailed Whorton a copy of the motion for summary judgment and extended the response deadline to September 17, 2025. But the extension was granted by text-only order, which Whorton would not have received. Because Whorton did not receive notice of the extension, the Court now orders that his response to the motion for summary judgment must be filed **by October 10, 2025**.

s/Elizabeth A. Stafford  
ELIZABETH A. STAFFORD  
United States Magistrate Judge

Dated: September 23, 2025

## **NOTICE TO PARTIES ABOUT OBJECTIONS**

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 23, 2025.

s/Davon Allen  
DAVON ALLEN  
Case Manager