**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JAMES M. WHORTON,

     Plaintiff,

v.

CHARLES COY, et al.,

     Defendants.

_____/

Case No. 24-10167
Hon. Jonathan J.C. Grey
Mag. Judge Elizabeth A. Stafford

**<u>ORDER ADOPTING REPORT AND</u>**
**<u>RECOMMENDATION (ECF No. 48)</u>**

On January 22, 2024, pro se Plaintiff James M. Whorton filed this 42 U.S.C. § 1983 lawsuit against multiple defendants, alleging excessive force and sexual assault. (ECF No. 1.) On August 6, 2025, Defendants James Chenault, Charles Coy, Edward Guse, Edward Heinonen, Girbraun Hopson, and Rodney Lee (collectively, "Defendants") filed a motion for summary judgment. (ECF No. 31.)

This matter now comes before the Court on Magistrate Judge Elizabeth Stafford's Report and Recommendation dated June 22, 2026. (ECF No. 48.) In the Report and Recommendation, Magistrate Judge Stafford recommends that the Court grant Defendants' motion for

summary judgment. (ECF No. 31). No party has filed an objection to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that Magistrate Judge Stafford reached the correct conclusions for the proper reasons. Finding no error in Magistrate Judge Stafford's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Tchrs. Loc. 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated June 22, 2026 (ECF No. 48) is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 31) is **GRANTED**.

**IT IS FURTHER ORDERED** that Whorton's cause of action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Dated: July 21, 2026

**s/Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 21, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager